442 F.2d 1040
 UNITED STATES of America, Plaintiff-Appellee,
v.
James Garland MARSHALL, Defendant-Appellant.
No. 31025 Summary Calendar.*
*Rule 18, 5 Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
F.2d 409.
 United States Court of Appeals, Fifth Circuit.
 May 14, 1971.
 
 Dennis J. Lanahan, Jr., Jacksonville, Fla., court appointed for defendant-appellant.
 John L. Briggs, U.S. Atty., Rudy Hernandez, Aaron K. Bordin, Asst. U.S. Attys., Jacksonville, Fla., Ronald H. Watson, Asst. U.S. Atty., Tampa, Fla., for plaintiff-appellee.
 Appeal from the United States District Court for the Middle District of Florida; William A. McRac, Jr., Judge.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966